UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 28 AM 9: 59

LARRY A Anderson

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

-against-

GM Motors Shareholders
Mary Barra
Mark Reuss
Dan Ammann

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[✓] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Fed Motor Carrier Act. National Traffic + Motor Vehicle Safety Act. Fed Motor Vehicle Safety Standards. Fed Reporting Safety Risks For All GM Cars. Do not drive Order All logos printed on notice.

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
            (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Mary** / **Barra**
First Name / Middle Initial / Last Name

**General Motor GM Renaissance Center**
Street Address

**Detroit** / **Michigan**
County, City / State / Zip Code

**(888) 378 3080**
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Mary Barra
First Name / Last Name

Current Job Title (or other identifying information)
GM Renaissance Center GM Co.
Current Work Address (or other address where defendant may be served)
Detroit Michigan
County, City / State / Zip Code

Defendant 2: Mark Reuss
First Name / Last Name
President of General Motor
Current Job Title (or other identifying information)
GM Renaissance Center GM Co.
Current Work Address (or other address where defendant may be served)
Detroit Michigan
County, City / State / Zip Code

Defendant 3: Dan Ammann
First Name / Last Name
President of General in Jan, 2014
Current Job Title (or other identifying information)
GM Renaissance Center GM Co.
Current Work Address (or other address where defendant may be served)
Detroit Migigan
County, City / State / Zip Code

Page 4

Defendant 4: _____
                First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed. I, Bought A 2005 Chevy Cobolt car, I did not know that this car was A Recall car. I did not know that this car had A Faulty ignition switch that can turn the motor off on it's own on the Rual Streets and on the High ways in moving tRAffic. This car own it's own turned off the car it self many times in the midst of tRAffic that caused me inflictions of Emotional StRess es and Risks of hARms

I would take my pregant grand daughter Back and forth to her DR Appoint's. She caused me to Remember that once the ignition switch turned off on its own causing A Car to hit my 2005 chevy Cobolt. The Car was close to my 2005 chevy Cobolt When the ignition Switch in my Car Shut off by it self. The Bad ignition Switch caused the accident.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Emotional Stresses. Mental Memories Just knowing that the malfunction ing ignition Switch at times had complete control of my car while driving it while putting my grand daughter and other lives in Risks.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

250,000 dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: September 22, 2021

Plaintiff's Signature: Larry Anderson

First Name: LARRY
Middle Initial: A
Last Name: Anderson

Street Address: 3006 N. Priscilla Av.

County, City: Marion
State: Indiana
Zip Code: 46218

Telephone Number: [redacted]

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Larry Anderson
3006 North Priscilla Avenue
Indianapolis, Indiana 46218

U.S. POSTAGE PAID
FCM LG ENV
INDIANAPOLIS, IN
46201
SEP 21, 21
AMOUNT
$2.76
R2303S102551-10

RECEIVED
SEP 27 2021
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 20 AM 9:43

USM P3 SDNY

Pro Se JKR

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan
U.S. Courthouse 500 Pearl Street
New York NY 10007-1312