UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY A. ANDERSON,<br><br>                              Plaintiff,<br><br>    -against-<br><br>GM MOTOR & SHAREHOLDERS; MARY BARRA; MARK REUSS; DAN AMMAM,<br><br>                              Defendants. | 21-CV-8038 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this Court a substantially similar complaint against Defendants, in which he asserted the same claims. That complaint, *Anderson v. GM Motors & Shareholders*, ECF 1:21-CV-1006, 2, was assigned to Judge Jesse M. Furman as related to the multidistrict litigation, *In General Motors Ignition Switch Litigation*, 14-MD-2543 (JMF), and is presently pending. As this complaint raises the same claims against the same defendants, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket case number 21-CV-1006 (JMF).

## CONCLUSION

Plaintiff's complaint is dismissed without prejudice as duplicative. The Clerk of Court is directed to terminate all other pending matters.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is also directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 7, 2022
        New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge