UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY A. ANDERSON,<br><br>        Plaintiff,<br><br> -against-<br><br>GM MOTOR & SHAREHOLDERS; MARY BARRA; MARK REUSS; DAN AMMAM,<br><br>        Defendants. | 21-CV-8038 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 21-CV-1006 (JMF).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 7, 2022
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                 Chief United States District Judge